AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR203 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 19561-047 |
| | ) | |
| CHRISTOPHER A. FORD | ) | DANA C. BRADFORD |
| Defendant. | ) | Defendant's Attorney |
| Date of previous judgments: 2/16/2007 & 4/15/2005 | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 84 months is reduced to 67 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level:  33           Amended Offense Level:  31
Criminal History Category:  VI        Criminal History Category:  VI
Previous Guideline Range:  235  to  293  months   Amended Guideline Range:  188  to  235  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.

✓ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

✓ Other (explain): In addition to the Rule 35 reduction, the court previously departed to Criminal History IV.

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgments dated February 16, 2007 and April 15, 2005 shall remain in effect.  Filing 52 is granted as provided herein.

**IT IS SO ORDERED.**

Dated this 17th day of April, 2008
Effective Date: April 17, 2008

*S/Richard G. Kopf*
United States District Judge